UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| EARL D. JONES, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Cause No. 4:12CV325 RWS |
|  | ) |  |
| MICHAEL J. ASTRUE, | ) |  |
| Commissioner of Social Security, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**<u>MEMORANDUM AND ORDER</u>**

This matter is before me on Earl D. Jone's appeal from an adverse ruling of the Social Security Administration. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Shirley Padmore Mensah, who filed her Report and Recommendation on December 14, 2012. Judge Mensah recommended that the Commissioner's decision to deny benefits be affirmed. Judge Mensah found that the Administrative Law Judge's determination that Plaintiff was not entitled to benefits was supported by substantial evidence in the record.

Any objections to Judge Mensah's Report and Recommendation had to be filed by December 31, 2012. Neither of the parties has filed an objection as of today's date.

After careful consideration, I will adopt and sustain the thorough reasoning of Judge Mensah set forth in support of her recommended ruling and will affirm the decision of the Commissioner.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Mensah [#17] is **SUSTAINED, ADOPTED AND INCORPORATED** herein. The Commissioner of Social Security's decision to deny Disability Insurance Benefits and Supplemental Security Income benefits to Plaintiff is affirmed.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 29th day of January, 2013.